# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUXURY BRANDS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>　　　　Defendants. | Case No. 24-cv-2853<br><br>**Judge Lindsay C. Jenkins**<br><br>**Magistrate Judge Beth W. Jantz** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses with prejudice all causes of action in the amended complaint against the following Defendants identified in Schedule A. Each party shall bear its own attorney's fees and costs.

| Def No. | Defendant |
|---|---|
| #82 | FUYOULILO |
| #89 | DUOJISHOOO |
| #91 | Hapy Family |
| #145 | Health you me him |
| #155 | HONGHAIUS |
| #164 | Jerry Man |
| #231 | RUIYUE FASHION |
| #251 | supervvv |

The respective Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Date: May 13, 2024

Respectfully submitted,

/s/Brandon Beymer
Brandon Beymer (ARDC No. 6332454)
Daliah Saper (ARDC No. 6283932)
Saper Law Offices, LLC

505 N. L<small>A</small>S<small>ALLE</small>, S<small>UITE</small> 60654
C<small>HICAGO</small>, I<small>LLINOIS</small> 60654
(312) 527-4100
B<small>RANDON</small>@S<small>APERLAW</small>.<small>COM</small>
<small>DS</small>@S<small>APERLAW</small>.<small>COM</small>
A<small>TTORNEYS FOR</small> P<small>LAINTIFF</small>

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2024, I electronically filed the foregoing with the Court using the CM/ECF system and I will serve Defendants with this Motion and Memorandum through email and electronic publication.

*/s/ Brandon Beymer*
Brandon Beymer