## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

LUXURY BRANDS, LLC,

       Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

       Defendants.

Case No. 24-cv-2853

**Judge Lindsay C. Jenkins**
**Magistrate Judge Beth W. Jantz**

### DECLARTION OF MIAO XU IN SUPPORT OF DEFENDANT'S MOTIONS

I, Miao Xu, declare as follows:

1.    I am the Chief Technology Officer of Vanice Technology Co., Ltd. (**Vanice**), which operates the internet store, enjoyaitlife.com (the **Store**), identified in this lawsuit. In this capacity, I have personal knowledge of the Store's operation and sales and have access to Vanice's business records.

2.    I make this declaration based on my personal knowledge and after reviewing Vanice's business records. If called as a witness, I can competently testify to the matters stated herein.

3.    Vanice is incorporated and has its principal place of business in China. Vanice operates the Store exclusively in China. Vanice has never owned or utilized an office, hired employees, agents, or representatives, maintained bank accounts, owned assets or properties, or qualified to do business in Illinois or any other part of the United States.

4.     Neither the Store nor Vanice has targeted Illinois residents with their advertisements, nor directed any marketing efforts or materials at Illinois.

5.     Luxury Brands, LLC (the **Plaintiff**) alleges the Store has infringed on its trademark and copyrights (Dkt. 5-4). The Store's operations team reviewed the complaint and Exhibits 1 and 2 attached to the complaint (Dkt. Nos. 5-1 and 5-2) and conducted a diligent search of the Store's sales records for the allegedly infringing products. Specifically, the operations team accessed the backend data system of the Store's website and performed a thorough search using the alleged trademarks and product descriptions as keywords, including "unbrush," "UNbrush Detangling Hairbrush," "The Original Unbrush," "FHI Heat," "Detangling Hairbrush," and "Wet/Dry Hair Brush," and "The Knot Unwinder," *etc*. The operations team also searched the alleged copyrighted works mentioned in the complaint against the pictures in our backend data system. They then manually reviewed the search results against the images on the Plaintiff's website and the alleged copyrighted works to identify any listings matching by appearance or use of similar brand keywords.

6.     **Exhibit A** contains complete and accurate sales records of the search results, maintained in the ordinary course of Vanice's business. Exhibit A shows that the Store made only one sale of the alleged products in Illinois. The buyer's name was "Cinda UNB-FTE Glafomosan," the shipping address was "260 Rocbaar Dr, Romeoville, Illinois 60446," and the phone number for the buyer was "(630) 705-0900." According to Gremark Technology, Inc.'s website, the address 260 Rocbaar Dr, Romeoville, Illinois 60446, and phone number (630) 705-0900 belong to the company. **Exhibit B**. Gremark Technology, Inc. conducts business in warehousing and e-commence shipment fulfillment support. **Exhibit B**. The address was used in

2

placing orders with other defendants in this case. **Exhibit C**. Therefore, it is reasonable to believe that the order was placed by Plaintiff as a test order.

7.     Vanice's operations team is responsible for monitoring and selecting popular products on rival e-commerce websites. A brief search online shows that there are many similar products available online. **Exhibit D**. Vanice also found multiple manufacturers providing these products on a wholesale website in China. Therefore, Vanice did not believe that any company had exclusive rights to the alleged products when it decided to list them for sale, nor did Vanice believe the alleged "Unbrush" mark was a unique trademark. Vanice did not intend to pass off the products as those of any particular owner.

8.     The Store uses one Paypal account: vanice211@outlook.com, for the allegedly infringing products, which have a total frozen amount of $172,706.95 due to the asset restraints imposed by this litigation. The Store still plans to continue business operations. However, the existing restraints significantly hinder the Store's liquidity and ability to maintain normal operations.

9.     Upon notice of the current litigation, Vanice has permanently removed the listings of the allegedly infringing products. While Vanice is moving to challenge the Preliminary Injunction Order (Dkts. 38 & 55), Vanice assures the court it will not relist the allegedly infringing products for sale until further ordered by the court.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed on this 24 day of June, 2024, in Chengdu, Sichuan, China.

Dated: June 24, 2024

By: _____
Miao Xu

# EXHIBIT A





enjoyaitlife

**Order**
- All Orders
- Abandoned Order

**Product manage...**

‹ All Orders

## Order Details

[ ← ] [ → ]  | Invoice ▾ | Action ▾ | **Modify delivery**



### Order Overview

| Product | | Specifications | Quantity |
|---|---|---|---|
| Limited time 49% OFF -UNbrush Detangling Hairbrush<br>SKU：JO1938322-玫红色-黑柄opp+JO1938322-黑色-黑柄opp | | 🌸 CHERRY BLOSSOM + MOONLIGHT (GET 10% OFF) | 1 |

### Shipping Address                                    🖊 Edit

| Name | andrea stumpo |
|---|---|
| Address | 75 whetstone rd |
| Apartment | - |
| City | horsham |
| Country/Region | United States of America |
| Province/State | Pennsylvania |
| Postcode | 19044 |
| Phone | +1 2153289495 |
| Extra information | - |

### Order Information

Order status:Completed

Payment status:Paid

Total Amount:**$38.97**

Order number:7329S136671

Payment number:50L23483D25196003

Payment method:PayPal

Payment channel:PayPal

Generation time:2024-01-20 19:30:57

Payment time:2024-01-20 19:31:00

Logistic order number:JSEBP0441062388YQ

**Client** | Unsubscribed | Visitors |

Name     andrea stumpo

**Contact Information**

Mailbox     stumpoa6@verizon.net

 Settings

# EXHIBIT B



   LET'S

📷 **Email:**

sales@gtiservice.com

📞 **Call +** 1 630 705 0900

📍 **Address:** 1420 Davey Rd, Woodridge, IL 60517



FULFILL BY SELLER PROGRAM

Do you currently sell your products online or with a service such as Amazon?  You will love what we can offer you to help you **KEEP YOUR PROFITS** in *your pockets!*

LEARN MORE >

HOW CAN WE HELP?















6/21/24, 7:04 PM
Case: 1:24-cv-02853 Document #: 84-2 Filed: 06/24/24 Page 15 of 33 PageID #:4651
Fulfilled by Merchant by Gremark — Gremark Technologies



  

LET'S C



TAKE BACK CONTROL OF YOUR BUSINESS, & YOUR BOTTOM LINE

Gremark is proud to offer Fulfilled by Merchant Services to avoid holiday surcharges, rate increases, and warehousing storage fees with competitors such as Amazon (FBA).

YOUR PROFITS ARE *YOURS*



HOLD TIGHT TO YOUR BOTTOM LINE

Overall value savings on product storage and fulfillment costs when compared to Amazon's pricing.





SEAMLESS SHIPPING

Gremark's software can directly link to seller accounts and online stores for seamless fulfillment and savings on shipping costs (ShipStation).





## NO SURPRISES OR SURCHARGES

In the Fall, many merchants suffer surcharges for the Holiday season. Not at Gremark!





# W A R E H O U S I N G

Offering warehouse contracts for programs typically not entertained by mega-warehouse organizations.





KEEP YOUR STATUS

Fulfilled by merchant-authorized, preferred prime badge case studies

GET STARTED TODAY!

**Easy to understand pricing, quickly start your program**

Apply Below!



Name (required)

First Name

Last Name

Email (required)

Business Name (required)

Payment Preferences (required)

Select an option

Billing Address (required)

Country

| United States | ⌄ |
| --- | --- |

Address Line 1 (required)

Address Line 2

City (required)

State (required)

ZIP Code (required)

Account Username (required)

Account Password (required)

Submit



6/21/24, 7:06 PM
Case: 1:24-cv-02853 Document #: 84-2 Filed: 06/24/24 Page 25 of 33 PageID #:461
Why Location Matters for Amazon Preparation (Fulfilled by Amazon) – Gremark Technologies



   

LET'S

Fulfill By Merchant   Feb 24   •  Written By Adam Jablonowski

# WHY LOCATION MATTERS FOR AMAZON PREPARATION (FULFILLED BY AMAZON)

Shipping from warehouses near Amazon FBA centers reduces shipping costs and promotes profit retention. The location of Gremark Technologies Inc.'s primary warehouse is near some of the largest Chicagoland Amazon FBA centers.

The reduced shipping time ensures fewer delays in FBA receipt and processing costs.



CLOSE ACCESS TO PORT AND RAIL CENTERS MAKES IT EASY TO ACCEPT PRODUCTS FROM VENDORS WORLDWIDE.

6/21/24, 7:06 PM
Case: 1:24-cv-02853 Document #: 84-2 Filed: 06/24/24 Page 26 of 33 PageID #:462
Why Location Matters for Amazon Prep and Fulfilled by Amazon | Gremark Technologies

Gremark Technologies Inc. works with freight forwarders to receive products using the most economical or timely Intermodal transportation method desired. The most requested scenario for FBA/FBM sellers is to send shipments from the vendor to GTI (via Alibaba, private label, or manufacturer) for inspection, packing, labeling, and preparation.



## GREMARK TECHNOLOGIES INC. HAS OVER 40,000 SQ. FT. OF WAREHOUSE SPACE

Located just 35 miles from Chicago and less than 15 miles from three unique Amazon FBA centers.

GTI's warehouse is climate controlled, ensuring the proper storage of cosmetics, supplements, and any products containing rubber or leather.

VIEW PRICING

fbm • location • gremark • port

## GREMARK NOW OFFERS SHIPPING COST SOLUTION FOR FULFILLED BY MERCHANT CUSTOMERS 〉

6/21/24, 7:06 PM
Case: 1:24-cv-02853 Document #: 84-2 Filed: 06/24/24 Page 27 of 33 PageID #: 4663
Why Location Matters for Amazon Preparation Fulfilled by Amazon - Germain Technologies



**HOURS:**

**Monday:** 8AM–5PM

**Tuesday:** 8AM–5PM

**Wednesday:** 8AM–5PM

**Thursday:** 8AM–5PM

**Friday:** 8AM–5PM

*Saturday Closed*

*Sunday Closed*

**Corporate Office**: +1 630 705 0900

**Email:** sales@gtiservice.com

**Address:** 260 Rocbaar Drive West

Dock Deliveries - South Side

Romeoville, IL 60446-1162

Website Strategically Created by MKTG Brand

# EXHIBIT C



# EXHIBIT D



1 PC Boxed Original Comb Unbrush Detangling Hair Brush Hollowing Out Hairbrush ...

**$8.48**

AliExpress.com

Free delivery



Unbrush Detangling Hairbrush, MOONLIGHT

4.5 ★★★★★ 4,784

**$19.95**

Marnetic

Free delivery by Tue, Jul 16

🛒 Buy now



SALE

The Wet Brush Unbrush Untangle Detangle Brush NIB THE Tiktok BRUSH - New Beauty ...

**$16.00** $19.00

Mercari

Free delivery

🛒 Buy now



Unbrush Wet & Dry Vented Detangling Hair Brush, Cherry Blossom, Anti-static ...

4.5 ★★★★★ 4,784

**$18.00**

Walmart - kdingakejkhknfgejdu

Free delivery



Unbrush Detangling Hair Brush 1

4.5 ★★★★★ 4,784

**$6.00**

Allure Nails

Free delivery by Wed, Jul 3



Viral Unbrush Dupe | Detangling Brush | Anti Static Brush | Viral TikTok Hair Brush

4.5 ★★★★★ 4,784

**$12.99**

Etsy

Free delivery



Unbrush Wet & Dry Vented Detangling Hair Brush, Size: One size, Purple

4.5 ★★★★★ 4,784

**$14.99**

Walmart - jiajianzhaoming

Free delivery



SALE

Unbrush Detangling Hair Brush | Color: Black/Pink | Size: Os | Anarth438's Closet

4.5 ★★★★★ 4,784

**$12.00** $16.00

Poshmark

Delivery by Wed, Jul 3

🛒 Buy now



**Osensia Curly Hair Detangling Brush for Women with Nylon and Boar Bristles, Other**

5.0 ★★★★★ 3

Brush · Boar Bristle

**$23.99**
Flip
Delivery by Wed, Jun 26 · Free 30-day...

Compare prices from 5+ stores



**The UnBrush Pink/Blue**

**$33.06**
American Smart
Delivery by Wed, Jul 10

🛒 Buy now



**Unbrush Detangling Hair Brush Black**

4.5 ★★★★★ 4,784

**$14.00**
eBay
Delivery by Wed, Jul 3

🛒 Buy now



**Fhi Heat Unbrush, C**

4.5 ★★★★★ 4,784

**$13.00**
Brese Beauty
Free delivery by Thu, Jul 18

🛒 Buy now



**The Famous UnBrush, Green**

**$17.99**
Thrive Advantages
Free delivery by Thu, Jul 11



 LOW PRICE

**Osensia Curly Hair Detangling Brush for Women with Nylon Bristles**

4.8 ★★★★★ 1,360

Brush · Boar Bristle

**$18.99**
$1.01 below typical
2B Boutique
Delivery by Wed, Jul 10

🛒 Buy now



**Viral Tic Tok Unbrush FHI Heat Detangling Hairbrush Padded Ventilation Silver/Pink**

**$9.95**
Maw Maws Boutique
Delivery by Wed, Jul 10

🛒 Buy now



**Unbrush Untangle Detangle Brush THE TikTok BRUSH! Blue**

**$20.00**
eBay
Free delivery

🛒 Buy now



2024 Unbrush Untangle Detangle Brush The Tiktok Brush Gift For Women

**$7.35**
eBay
Free delivery

🛒 Buy now



Detangling Brush (UnBrush Dupe) Black/Black

**$6.00**
Della's
Delivery by Wed, Jul 3

🛒 Buy now



Ultimate Voremy Detangling Hair Brush: Fast Drying, Styling Magic for Men, Women ...

Boar Bristle

**$39.98**
Tool Shed Machine
Free delivery by Sun, Jun 30

Compare prices from 2 stores



SALE

FHI Heat Unbrush Untangle Detangle Brush THE TicTok BRUSH! - New Beauty | Color:

**$10.83** $12.00
Mercari
$3.99 delivery

🛒 Buy now



UNBrush Wet & Dry Vented Detangling Hair Brush Purple

4.5 ★★★★★ 4,784

**$15.00**
Sincerely Emotional
Delivery by Wed, Jul 3

🛒 Buy now



SALE

#UNBrush Wet & Dry Vented Detangling Hair Brush Lagoon

**$14.95** $25.99
siswow.com
Delivery by Thu, Jul 11

🛒 Buy now



SALE

Unbrush/ Kitsch Wet/Dry Brush Accessories | Style Hair Brushes | Color: Black ...

Set

**$28.00** $30.00
Poshmark
Delivery by Fri, Jun 28

🛒 Buy now



2024 Unbrush Untangle Detangle Brush For Mom The Best Gift

**$10.49**
eBay
Free delivery

🛒 Buy now