**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LUXURY BRANDS, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A",<br><br>      Defendants. | Case No. 24-cv-2853<br><br>**Judge Lindsay C. Jenkins<br>Magistrate Judge Beth W. Jantz** |

**DECLARTION OF LIN ZHANG IN SUPPORT OF DEFENDANT'S MOTIONS**

I, Lin Zhang, declare as follows:

1.  I am the Chief Marketing Officer of Giske Network Technology Co., Ltd. (**Giske**), which operates the internet store, firemid.com (the **Store**), identified in this lawsuit. In this capacity, I have personal knowledge of the Store's operation and sales and have access to Giske's business records.

2.  I make this declaration based on my personal knowledge and after reviewing Giske's business records. If called as a witness, I can competently testify to the matters stated herein.

3.  Giske is incorporated and has its principal place of business in China. Giske operates the Store exclusively in China. Giske has never owned or utilized an office, hired employees, agents, or representatives, maintained bank accounts, owned assets or properties, or qualified to do business in Illinois or any other part of the United States.

4.  Neither the Store nor Giske has targeted Illinois residents with their advertisements,

1

nor directed any marketing efforts or materials at Illinois.

5.     Luxury Brands, LLC (the **Plaintiff**) alleges the Store has infringed on its trademark and copyrights (Dkt. 5-4). The Store's operations team reviewed the complaint and Exhibits 1 and 2 attached to the complaint (Dkt. Nos. 5-1 and 5-2) and conducted a diligent search of the Store's sales records for the allegedly infringing products. Specifically, the operations team accessed the backend data system of the Store's website and performed a thorough search using the alleged trademarks and product descriptions as keywords, including "unbrush," "UNbrush Detangling Hairbrush," "The Original Unbrush," "FHI Heat," "Detangling Hairbrush," and "Wet/Dry Hair Brush," and "The Knot Unwinder," *etc*. The operations team also searched the alleged copyrighted works mentioned in the complaint against the pictures in our backend data system. They then manually reviewed the search results against the images on the Plaintiff's website and the alleged copyrighted works to identify any listings matching by appearance or use of similar brand keywords.

6.     **Exhibit A** contains complete and accurate sales records of the search results, maintained in the ordinary course of Giske's business. Exhibit A shows that the Store made only one sale of the alleged products in Illinois. The buyer's name was "Cinda UNB-FTE Glafomosan," the shipping address was "260 Rocbaar Dr, Romeoville, Illinois 60446," and the phone number for the buyer was "(630) 705-0900." According to Gremark Technology, Inc.'s website, the address 260 Rocbaar Dr, Romeoville, Illinois 60446, and phone number (630) 705-0900 belong to the company. **Exhibit B**. Gremark Technology, Inc. conducts business in warehousing and e-commence shipment fulfillment support. **Exhibit B**. The address was used in placing orders with other defendants in this case. **Exhibit C**. Therefore, it is reasonable to believe that the order was

placed by Plaintiff as a test order.

7.     Giske's operations team is responsible for monitoring and selecting popular products on rival e-commerce websites. A brief search online shows that there are many similar products available online. **Exhibit D**. Giske also found multiple manufacturers providing these products on a wholesale website in China. Therefore, Giske did not believe that any company had exclusive rights to the alleged products when it decided to list them for sale, nor did Giske believe the alleged "Unbrush" mark was a unique trademark. Giske did not intend to pass off the products as those of any particular owner. The Store first listed the product in Exhibit A for sale on January 16, 2024.

8.     The Store uses one Paypal account: Giske21@outlook.com, for the allegedly infringing products, which have a total frozen amount of $90,238.62 due to the asset restraints imposed by this litigation. The Store still plans to continue business operations. However, the existing restraints significantly hinder the Store's liquidity and ability to maintain normal operations.

9.     Upon notice of the current litigation, Giske has permanently removed the listings of the allegedly infringing products. While Giske is moving to challenge the Preliminary Injunction Order (Dkts. 38 & 55), Giske assures the court it will not relist the allegedly infringing products for sale until further ordered by the court.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and accurate.

Executed on this 24 day of June, 2024, in Fuzhou, Fujian, China.

Dated: June 24, 2024                                      By: _Lin Zhang_____

                                                              Lin Zhang

# EXHIBIT A





firemid

Order

All Orders

Abandoned Order

Product manage...

< All Orders

## Order Details

Invoice | Action | **Modify delivery**

### Order Overview

| Product | | Specifications | Quantity |
|---|---|---|---|
| | ⏱ Limited time 70% OFF -UNbrush Detangling Hairbrush<br>SKU：KR1891249-黑柄-黑色 | MOONLIGHT | 1 |

### Shipping Address

🔲 Edit

| | |
|---|---|
| Name | lisa johnson |
| Address | 64 N School Lane |
| Apartment | 1 |
| City | Souderton |
| Country/Region | United States of America |
| Province/State | Pennsylvania |
| Postcode | 18964 |
| Phone | +1 (215) 816-8935 |
| Extra information | - |

### Order Information

Order status:Completed

Payment status:Paid

Total Amount:**$26.86**

Order number:8700S193989

Payment number:6R4411619T219411U

Payment method:PayPal

Payment channel:PayPal

Generation time:2024-01-21 03:17:14

Payment time:2024-01-21 03:17:18

Logistic order number:JSEAA2584840160YQ

### Client  Unsubscribed  Visitors

Name      lisa johnson

**Contact Information**

Mailbox      hd_mom@yahoo.com

Settings



**firemid**

Order

All Orders

Abandoned Order

Product manage...

< All Orders

## Order Details

[ ← ] [ → ]  Invoice ▾  Action ▾  **Modify delivery**

### Order Overview

| Product | | Specifications | Quantity |
|---|---|---|---|
|  | ⚡ Limited time 70% OFF -UNbrush Detangling Hairbrush<br>SKU: KR1891249-黑柄-黄色 | SUNBURST | 1 |

### Shipping Address  ⟳ Edit

| | |
|---|---|
| Name | Diane Bishop |
| Address | 736 ebbets ct |
| Apartment | 736 ebbets ct |
| City | Myrtle beach |
| Country/Region | United States of America |
| Province/State | South Carolina |
| Postcode | 29588 |
| Phone | +1 (843) 450-2027 |
| Extra information | - |

### Order Information

Order status:Completed

Payment status:Paid

Total Amount:**$26.86**

Order number:8700S193984

Payment number:59695453MT444431S

Payment method:PayPal

Payment channel:PayPal

Generation time:2024-01-20 23:21:36

Payment time:2024-01-20 23:21:40

Logistic order number:JSEAN2134019689YQ

### Client  [Unsubscribed] [Visitors]

Name        Diane Bishop

**Contact Information**

Mailbox        deedee7347@yahoo.com

Settings

# EXHIBIT B



       LET'S

📷 **Email:**                🔴 **Call +** <u>1 630 705 0900</u>        📍 **Address:** <u>1420 Davey Rd,</u>

<u>sales@gtiservice.com</u>                                                      <u>Woodridge, IL 60517</u>

FULFILL BY SELLER PROGRAM

Do you currently sell your products online or with a service such as Amazon?  You will love what we can offer you to help you **KEEP YOUR PROFITS** in *your pockets!*

LEARN MORE >

HOW CAN WE HELP?

















6/21/24, 7:04 PM
Case: 1:24-cv-02853 Document #: 84-3 Filed: 06/24/24 Page 16 of 34 PageID #:4685
Fulfilled by Merchant by Gremark - Gremark Technologies



   

LET'S C



# TAKE BACK CONTROL OF YOUR BUSINESS, & YOUR BOTTOM LINE

Gremark is proud to offer Fulfilled by Merchant Services to avoid holiday surcharges, rate increases, and warehousing storage fees with competitors such as Amazon (FBA).

## YOUR PROFITS ARE *YOURS*



## HOLD TIGHT TO YOUR BOTTOM LINE

Overall value savings on product storage and fulfillment costs when compared to Amazon's pricing.



6/21/24, 7:04 PM
Case: 1:24-cv-02853 Document #: 84-3 Filed: 06/24/24 Page 18 of 34 PageID #:4687
Fulfillment and logistics Overview - Gremark Technologies



## SEAMLESS SHIPPING

Gremark's software can directly link to seller accounts and online stores for seamless fulfillment and savings on shipping costs (ShipStation).





## NO SURPRISES OR SURCHARGES

In the Fall, many merchants suffer surcharges for the Holiday season. Not at Gremark!





## WAREHOUSING

Offering warehouse contracts for programs typically not entertained by mega-warehouse organizations.



Fulfilled by merchant | Clozzerz — Oregon Technologies



KEEP YOUR STATUS

Fulfilled by merchant-authorized, preferred prime badge case studies

GET STARTED TODAY!

**Easy to understand pricing, quickly start your program**

Apply Below!

6/21/24, 7:04 PM



Name (required)

First Name

Last Name

Email (required)

Business Name (required)

Payment Preferences (required)

Select an option

Billing Address (required)

Country

United States ⌄

Address Line 1 (required)

Address Line 2

City (required)          State (required)          ZIP Code (required)

Account Username (required)

Account Password (required)

Submit





   LET'S

Fulfill By Merchant  Feb 24  •  Written By Adam Jablonowski

# WHY LOCATION MATTERS FOR AMAZON PREPARATION (FULFILLED BY AMAZON)

Shipping from warehouses near Amazon FBA centers reduces shipping costs and promotes profit retention. The location of Gremark Technologies Inc.'s primary warehouse is near some of the largest Chicagoland Amazon FBA centers.

The reduced shipping time ensures fewer delays in FBA receipt and processing costs.



CLOSE ACCESS TO PORT AND RAIL CENTERS MAKES IT EASY TO ACCEPT PRODUCTS FROM VENDORS WORLDWIDE.

Gremark Technologies Inc. works with freight forwarders to receive products using the most economical or timely Intermodal transportation method desired. The most requested scenario for FBA/FBM sellers is to send shipments from the vendor to GTI (via Alibaba, private label, or manufacturer) for inspection, packing, labeling, and preparation.



**GREMARK TECHNOLOGIES INC. HAS OVER 40,000 SQ. FT. OF WAREHOUSE SPACE**

Located just 35 miles from Chicago and less than 15 miles from three unique Amazon FBA centers.

GTI's warehouse is climate controlled, ensuring the proper storage of cosmetics, supplements, and any products containing rubber or leather.

VIEW PRICING

fbm • location • gremark • port

**GREMARK NOW OFFERS SHIPPING COST SOLUTION FOR FULFILLED BY MERCHANT CUSTOMERS** ⟩



**H O U R S :**

**Monday:** 8AM–5PM

**Tuesday:** 8AM–5PM

**Wednesday:** 8AM–5PM

**Thursday:** 8AM–5PM

**Friday:** 8AM–5PM

*Saturday* Closed

*Sunday* Closed

**Corporate Office:** +1 630 705 0900

**Email:** sales@gtiservice.com

**Address:** 260 Rocbaar Drive West

Dock Deliveries - South Side

Romeoville, IL 60446-1162

Website Strategically Created by MKTG Brand

# EXHIBIT C




# EXHIBIT D



1 PC Boxed Original Comb Unbrush Detangling Hair Brush Hollowing Out Hairbrush ...

**$8.48**
AliExpress.com
Free delivery



Unbrush Detangling Hairbrush, MOONLIGHT

4.5 ★★★★★ 4,784

**$19.95**
Marnetic
Free delivery by Tue, Jul 16

☐ Buy now



The Wet Brush Unbrush Untangle Detangle Brush NIB THE Tiktok BRUSH - New Beauty ...

**$16.00** ~~$19.00~~
Mercari
Free delivery

☐ Buy now



Unbrush Wet & Dry Vented Detangling Hair Brush, Cherry Blossom, Anti-static ...

4.5 ★★★★★ 4,784

**$18.00**
Walmart - kdingakejkhknfgejdu
Free delivery



Unbrush Detangling Hair Brush 1

4.5 ★★★★★ 4,784

**$6.00**
Allure Nails
Free delivery by Wed, Jul 3



Viral Unbrush Dupe | Detangling Brush | Anti Static Brush | Viral TikTok Hair Brush

4.5 ★★★★★ 4,784

**$12.99**
Etsy
Free delivery



Unbrush Wet & Dry Vented Detangling Hair Brush, Size: One size, Purple

4.5 ★★★★★ 4,784

**$14.99**
Walmart - jiajianzhaoming
Free delivery



Unbrush Detangling Hair Brush | Color: Black/Pink | Size: Os | Anarth438's Closet

4.5 ★★★★★ 4,784

**$12.00** ~~$16.00~~
Poshmark
Delivery by Wed, Jul 3

☐ Buy now



**Osensia Curly Hair Detangling Brush for Women with Nylon and Boar Bristles, Other**

5.0 ★★★★★ 3

Brush · Boar Bristle

**$23.99**
Flip
Delivery by Wed, Jun 26 · Free 30-day...

Compare prices from 5+ stores



**The UnBrush Pink/Blue**

**$33.06**
American Smart
Delivery by Wed, Jul 10

🛒 Buy now



**Unbrush Detangling Hair Brush Black**

4.5 ★★★★★ 4,784

**$14.00**
eBay
Delivery by Wed, Jul 3

🛒 Buy now



**Fhi Heat Unbrush, C**

4.5 ★★★★★ 4,784

**$13.00**
Brese Beauty
Free delivery by Thu, Jul 18

🛒 Buy now



**The Famous UnBrush, Green**

**$17.99**
Thrive Advantages
Free delivery by Thu, Jul 11



LOW PRICE

**Osensia Curly Hair Detangling Brush for Women with Nylon Bristles**

4.8 ★★★★★ 1,360

Brush · Boar Bristle

**$18.99**
$1.01 below typical
2B Boutique
Delivery by Wed, Jul 10

🛒 Buy now



**Viral Tic Tok Unbrush FHI Heat Detangling Hairbrush Padded Ventilation Silver/Pink**

**$9.95**
Maw Maws Boutique
Delivery by Wed, Jul 10

🛒 Buy now



**Unbrush Untangle Detangle Brush THE TikTok BRUSH! Blue**

**$20.00**
eBay
Free delivery

🛒 Buy now



2024 Unbrush Untangle Detangle Brush The Tiktok Brush Gift For Women

**$7.35**
eBay
Free delivery

Buy now



Detangling Brush (UnBrush Dupe) Black/Black

**$6.00**
Della's
Delivery by Wed, Jul 3

Buy now



Ultimate Voremy Detangling Hair Brush: Fast Drying, Styling Magic for Men, Women …

Boar Bristle

**$39.98**
Tool Shed Machine
Free delivery by Sun, Jun 30

Compare prices from 2 stores



SALE

FHI Heat Unbrush Untangle Detangle Brush THE TicTok BRUSH! - New Beauty | Color:

**$10.83** ~~$12.00~~
Mercari
$3.99 delivery

Buy now



UNBrush Wet & Dry Vented Detangling Hair Brush Purple

4.5 ★★★★★ 4,784

**$15.00**
Sincerely Emotional
Delivery by Wed, Jul 3

Buy now



SALE

#UNBrush Wet & Dry Vented Detangling Hair Brush Lagoon

**$14.95** ~~$25.99~~
siswow.com
Delivery by Thu, Jul 11

Buy now



SALE

Unbrush/ Kitsch Wet/Dry Brush Accessories | Style Hair Brushes | Color: Black …

Set

**$28.00** ~~$30.00~~
Poshmark
Delivery by Fri, Jun 28

Buy now



2024 Unbrush Untangle Detangle Brush For Mom The Best Gift

**$10.49**
eBay
Free delivery

Buy now