# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LUXURY BRANDS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>        Defendants. | Case No. 24-cv-2853<br><br>**Judge Lindsay C. Jenkins**<br><br>**Magistrate Judge Beth W. Jantz** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on June 25, 2024 (Dkt. 87) in favor of Plaintiff and against the Defendants Identified in Schedule A attached thereto. Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant No. | Defendant/Store Name or Alias |
|---|---|
| #17 | Guangzhou Junya Beauty Salon Products Co., Ltd. |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants are hereby acknowledged, and the Clerk of Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Date: July 3, 2024

Respectfully submitted,
/S/BRANDON BEYMER
BRANDON BEYMER (ARDC NO. 6332454)
DALIAH SAPER (ARDC NO. 6283932)
SAPER LAW OFFICES, LLC
505 N. LASALLE, SUITE 60654

                                                                                      CHICAGO, ILLINOIS 60654
                                                                                       (312) 527-4100
                                                                                     BRANDON@SAPERLAW.COM
                                                                                     DS@SAPERLAW.COM

                                                                             **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

    I hereby certify that on July 3, 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I will send an e-mail to the e-mail addresses provided for Defendant by third parties.

                                                                                   */s/ Brandon Beymer*
                                                                                   Brandon Beymer